IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT CARTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-4443

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Robert Carter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.